1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC., | 2:09-CV-1920 JCM (PAL) |
| Plaintiff, | |
| v. | |
| RONALD A. JOHNSON, et al., | |
| Defendants. | |

### ORDER

Presently before the court is the case of *AAMCO Transmissions, Inc v Johnson et al* (Case No. 2:09-cv-01920-JCM-PAL).

On October 12, 2010, pursuant to Local Rule 41-1, the clerk of the court informed plaintiff that, if no action was taken in this case within thirty (30) days, the court would dismiss the case for want of prosecution. (Doc. #54). To date, plaintiff has not taken any further action.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *AAMCO Transmissions, Inc v Johnson et al* (Case No. 2:09-cv-01920-JCM-PAL) be, and the same hereby is, DISMISSED.

DATED November 24, 2010.

_____
UNITED STATES DISTRICT JUDGE